**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 21-310 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

**PRAECIPE TO ENTER DEFAULT**

Kindly enter a default against Defendant Lisa Reynold-Barbounis pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to respond to Plaintiff's Complaint served upon Defendant on March 16, 2021, in the above-captioned matter.

SIDNEY L. GOLD & ASSOC., P.C.

***/s/Sidney L. Gold, Esquire***

SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED: 04/07/2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served via regular mail upon the following:

Lisa Reynolds-Barbounis (Unrepresented Defendant)
2601 Pennsylvania Ave., Suite 1153
Philadelphia, PA 19130

Lisa Reynolds-Barbounis (Unrepresented Defendant)
2717 S. Walter Reed Drive
Arlington, Virginia 22206

SIDNEY L. GOLD & ASSOC., P.C.

***/s/Sidney L. Gold, Esquire***

___________________________________

SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED: 04/07/2021