AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-310

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LISA REYNOLDS - BARBOUNIS

was received by me on *(date)* 15 MAR 2021 .

☒ I personally served the summons on the individual at *(place)* 2717 S. WALTER REED DR ARLINGTON, VA 22206 on *(date)* 16 MAR 2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: AFTER BEING NOTIFIED OF THE SUMMONS THE INDIVIDUAL SHUT THE DOOR AND THE SUMMONS WAS DELIVERED VIA DOOR MAIL SLOT

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 16 MAR 2021

[signature]
*Server's signature*

KEVIN DULGHER
*Printed name and title*

8712 LAKEFRONT DR. HENRICO, VA 23294
*Server's address*

Additional information regarding attempted service, etc: