### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE MIDDLE EAST FORUM** | : | **CIVIL ACTION NO. 21-CV-00310 (JS)** |
| **Plaintiff,** | : | |
| v. | : | |
| **LISA REYNOLDS-BARBOUNIS** | : | |
| **Defendant.** | : | |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT
### TO FED.R.CIV.P. 41(a)(1)(A)(i) and FED.R.CIV.P. 41(a)(1)(B)

TO THE CLERK OF THE COURT:

With no answer or motion for summary judgment having been filed by Defendant, Lisa Reynolds-Barbounis, in the above-referenced action, Plaintiff, The Middle East Forum, by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Rules 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure.

**Sidney L. Gold & Associates, P.C.**

/s/ Sidney L. Gold
Sidney L. Gold, Esq.
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999 – Office
SGold@DiscrimLaw.net

**Sidkoff, Pincus & Green, P.C.**

/s/ Robert A. Davitch
Robert A. Davitch, Esq.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
(215) 574-0600 – Office
(215) 574-0310 – Fax
rad@sidkoffpincusgreen.com

Attorneys for Plaintiff, The Middle East Forum

Date: July 9, 2021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE MIDDLE EAST FORUM** | : | **CIVIL ACTION NO. 21-CV-00310 (JS)** |
| **Plaintiff,** | : | |
| v. | : | |
| **LISA REYNOLDS-BARBOUNIS** | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Sidney L. Gold, Esq., hereby certify that the within *Notice of Voluntary Dismissal of Action Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and Fed.R.Civ.P. 41(a)(1) (B)* has been served via electronic service of the Court, and is available for viewing and downloading on the Court's ECF system, upon the following counsel of record:

Seth D. Carson, Esq.
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Seth@DerekSmithLaw.com

/s/ Sidney L. Gold
Sidney L. Gold, Esq.
Attorney for Plaintiff

Date: July 9, 2021